IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NUMBER: 1:06-cr-00406 AWI |
| Plaintiff, ) | |
| ) | ORDER RESETTING HEARING |
| v. ) | |
| ) | Date: April 30, 2007 |
| LUIS A. ANDRADE-GUTIERREZ, ) | Time: 9:00 a.m.. |
| ) | Courtroom: Hon. Anthony W. Ishii |
| Defendant. ) | |

On April 25, 2007, the following stipulation was filed:

IT IS HEREBY STIPULATED between plaintiff, the United States of America, and the defendant LUIS A. ANDRADE-GUTIERREZ by and through his attorney, that the Status Conference set for Monday, April 30, 2007 at 9:00 a.m. be vacated and set on May 21, 2007, at 9:00 a.m.

Time is to be excluded due to my unavailability pursuant to 18 USC 3161.

Respectfully submitted,

DATED: April 25, 2007         /s/   Richard A. Beshwate, Jr.
                              RICHARD A. BESHWATE, JR.
                              Attorney for Defendant,
                              LUIS A. ANDRADE-GUTIERREZ

DATED: April 25, 2007         /s/   Kathleen Servatius
                              KATHLEEN SERVATIUS

Approved verbally by all parties on April 25, 2007

**ORDER**

In accordance with the stipulation, IT IS HEREBY ORDERED that the Status Conference set for Monday, April 30, 2007 at 9:00 a.m. is VACATED and RESET for May 21, 2007, at 9:00 a.m. Time is excluded pursuant to 18 USC 3161.

IT IS SO ORDERED.

**Dated:**   **April 25, 2007**                          **/s/ Anthony W. Ishii**
UNITED STATES DISTRICT JUDGE